**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6101**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY CHESTER,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CR-94-665, CA-98-3540-4-22)

---

Submitted:  March 9, 2000          Decided:  March 16, 2000

---

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Henry Chester, Appellant Pro Se.  Brian Lee Whisler, OFFICE OF THE
UNITED STATES ATTORNEY, Charlotte, North Carolina; Alfred William
Walker Bethea, Assistant United States Attorney, Florence, South
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Chester seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Chester, Nos. CR-94-665; CA-98-3540-4-22 (D.S.C. Dec. 1, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED